Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Kainoa Asuega (Bar No. 279463)
kasuega@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
*Social Sampling, Inc.; Mass Connections, Inc.; et al.*

Kenneth G. Parker (SBN No. 182911)
kenneth.parker@haynesboone.com
Casey H. Kempner (SBN No. 272149)
casey.kempner@haynesboone.com
**Haynes and Boone, LLP**
18100 Von Karman Avenue, Suite 750
Irvine, CA  92612
Tel.: 949-202-3000
Fax: 949-202-3001

John Russell Emerson (*Pro Hac Vice*)
russ.emerson@haynesboone.com
Charles M. Jones II (*Pro Hac Vice*)
charlie.jones@haynesboone.com
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Tel.: 214-651-5000
Fax: 214-200-5400

*Attorneys for Defendants CROSSMARK, Inc. and*
*Shopper Events, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Social Sampling, Inc. and Mass Connections, Inc., <br><br> Plaintiff, <br><br><br> Crossmark, Inc.; Shopper Events, LLC; and Does 1-5, inclusive, <br><br> Defendants. | Case No. SACV 12-01576 CJC (ANx) <br> Hon. Cormac J. Carney <br><br> **JOINT STIPULATION TO STAY CASE PENDING SETTLEMENT** <br><br> **[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

**JOINT STIPULATION TO STAY CASE PENDING SETTLEMENT**

Plaintiffs Social Sampling, Inc. and Mass Connections, Inc. and Defendants CROSSMARK, Inc. and Shopper Events, LLC have reached a settlement-in-principle in the above-entitled action. The parties wish to inform the Court that they are currently working on finalizing an agreement and respectfully request that all case deadlines be stayed in order to finalize the terms of such settlement.

Dated: October 21, 2013        **ONE LLP**

By:  /s/Kainoa Asuega
     Nathaniel L. Dilger
     Peter Afrasiabi
     Kainoa Asuega
     Attorneys for Plaintiffs,
     Social Sampling, Inc. and Mass Connections, Inc.

Dated: October 21, 2013        **HAYNES AND BOONE, LLP**

By:  /s/Charles M. Jones II
     Kenneth G. Parker
     John Russell Emerson
     Charles M. Jones II
     Attorneys for Defendants,
     CROSSMARK, Inc. and Shopper Events, LLC

**JOINT STIPULATION TO STAY CASE PENDING SETTLEMENT**