1    Nathaniel L. Dilger (Bar No. 196203)
     ndilger@onellp.com
2    Peter R. Afrasiabi (Bar No. 193336)
     pafrasiabi@onellp.com
3    Kainoa Asuega (Bar No. 279463)
     kasuega@onellp.com
4    **ONE LLP**
     4000 MacArthur Boulevard
5    West Tower, Suite 1100
     Newport Beach, California 92660
6    Telephone:   (949) 502-2870
     Facsimile:    (949) 258-5081

7

8    *Attorneys for Plaintiffs,*
     *Social Sampling, Inc.; Mass Connections, Inc.; et al.*

9    Kenneth G. Parker (SBN No. 182911)
     kenneth.parker@haynesboone.com
10   Casey H. Kempner (SBN No. 272149)
     casey.kempner@haynesboone.com
11   **Haynes and Boone, LLP**
     18100 Von Karman Avenue, Suite 750
12   Irvine, CA  92612
     Tel.:  949-202-3000
13   Fax:  949-202-3001

14   John Russell Emerson (*Pro Hac Vice*)
     russ.emerson@haynesboone.com
15   Charles M. Jones II (*Pro Hac Vice*)
     charlie.jones@haynesboone.com
16   **Haynes and Boone, LLP**
     2323 Victory Avenue, Suite 700
17   Dallas, TX  75219
     Tel.:  214-651-5000
18   Fax:  214-200-5400

19   *Attorneys for Defendants CROSSMARK, Inc. and*
     *Shopper Events, LLC*

JS-6

20

21            **UNITED STATES DISTRICT COURT**

22            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 23   Social Sampling, Inc. and Mass <br> 24   Connections, Inc., | Case No. SACV 12-01576 CJC (ANx) <br> Hon. Cormac J. Carney |
| 25       Plaintiff, | **ORDER** |
| 26 | |
| 27   Crossmark, Inc.; Shopper Events, LLC; and <br>     Does 1-5, inclusive, | |
| 28       Defendants. | |

1    In light of the parties' pending settlement negotiations and to allow time to finalize

2  such, it is hereby ordered that all case deadlines be stayed pending settlement.

3    IT IS HEREBY ORDERED.

4

5  Dated: 10/23/13

6    _____

7    Hon. Cormac J. Carney
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28