Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Kainoa Asuega (Bar No. 279463)
kasuega@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

*Attorneys for Plaintiffs,*
*Social Sampling, Inc.; Mass Connections, Inc; et al.*

Kenneth G. Parker (SBN No. 182911)
kenneth.parker@haynesboone.com
Casey H. Kempner (SBN No. 272149)
**Haynes and Boone, LLP**
18100 Von Karman Avenue, Suite 750
Irvine, CA  92612
Tel.:  949-202-3000
Fax:  949-202-3001

John Russell Emerson (*Pro Hac Vice*)
russ.emerson@haynesboone.com
Charles M. Jones II (*Pro Hac Vice*)
charlie.jones@haynesboone.com
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Tel.:  214-651-5000
Fax:  214-200-5400

*Attorneys for Defendants CROSSMARK, Inc. and*
*Shopper Events, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Social Sampling, Inc. and Mass Connections, Inc., <br><br> Plaintiff, <br><br><br> Crossmark, Inc.; Shopper Events, LLC; and Does 1-5, inclusive, <br><br> Defendants. | Case No. SACV 12-01576 CJC (ANx) <br> Hon. Cormac J. Carney <br><br> **FED. R. CIV. P. 41(a)(1)(A)(ii) STIPULATION DISMISSING THIS ACTION AND ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) it is stipulated by all parties that have appeared in this action that the action and all claims and counterclaims are hereby DISMISSED WITH PREJUDICE, with the parties to bear their own costs and attorney's fees.

Dated: November 22, 2013

**ONE LLP**

By: */s/* Nathaniel L. Dilger
Nathaniel L. Dilger
Peter Afrasiabi
Kainoa Asuega
Attorneys for Plaintiffs,
Social Sampling Inc., and Mass Connections, Inc.

**HAYNES AND BOONE, LLP**

By: */s/* Kenneth G. Parker
Kenneth G. Parker
John Russell Emerson
Charles M. Jones II
Attorneys for Defendants,
CROSSMARK, Inc. and Shopper Events, LLC

2
**FED. R. CIV. P. 41(a)(1)(A)(ii) STIPULATION DISMISSING THIS ACTION AND ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**