COPY

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central___ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>SACV12 - 01576 CJC (ANx) | DATE FILED<br>9/19/2012 | U.S. DISTRICT COURT<br>Central |
|---|---|---|
| PLAINTIFF<br>Social Sampling, Inc. and Mass Connections, Inc. | | DEFENDANT<br>Crossmark, Inc.; Shopper Events, LLC; and Does 1-5, inclusive |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,444,305 | 10/28/2008 | Mass Connections, Inc. |
| 2 | 7,797,191 | 9/14/2010 | Mass Connections, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order by Judge Cormac J. Carney . case Terminated. MD JS-6 10/23/13 |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>T. DeBose | DATE<br>11/26/13 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy