Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Kainoa Asuega (Bar No. 279463)
kasuega@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiffs,*
*Social Sampling, Inc.; Mass Connections, Inc.; et al.*

Kenneth G. Parker (SBN No. 182911)
kenneth.parker@haynesboone.com
Casey H. Kempner (SBN No. 272149)
casey.kempner@haynesboone.com
**Haynes and Boone, LLP**
18100 Von Karman Avenue, Suite 750
Irvine, CA 92612
Tel.: 949-202-3000
Fax: 949-202-3001

John Russell Emerson (*Pro Hac Vice*)
russ.emerson@haynesboone.com
Charles M. Jones II (*Pro Hac Vice*)
charlie.jones@haynesboone.com
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Tel.: 214-651-5000
Fax: 214-200-5400

*Attorneys for Defendants CROSSMARK, Inc. and Shopper Events, LLC*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Social Sampling, Inc. and Mass Connections, Inc.,<br><br>     Plaintiff,<br><br>Crossmark, Inc.; Shopper Events, LLC; and Does 1-5, inclusive,<br><br>     Defendants. | Case No. SACV 12-01576 CJC (ANx)<br>Hon. Cormac J. Carney<br><br>**ORDER** |

**ORDER**

1   In light of the parties' pending settlement negotiations and to allow time to finalize
2   such, it is hereby ordered that all case deadlines be stayed pending settlement.
3   IT IS HEREBY ORDERED.

5   Dated: 10/23/13

Hon. Cormac J. Carney
United States District Judge